**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

PETER BLAIR,
                Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

The supervised release hearing previously scheduled for Wednesday, June 2, 2021 at 10:30 AM is hereby rescheduled to Tuesday, June 1, 2021 at 11:00 AM.

In light of the continuing COVID-19 pandemic, the hearing will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2882

Dated: May 26, 2021
       New York, NY

                                                RICHARD M. BERMAN
                                                     U.S.D.J.