**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

                                                          15 CR. 288 (RMB)

        -against-
                                                          **ORDER**

PETER BLAIR,
                         Defendant.
------------------------------------------------------------X

The supervised release hearing previously scheduled for Thursday, October 21, 2021 at 11:30 AM is hereby rescheduled to Monday, November 8, 2021 at 10:30 AM.

In light of the continuing COVID-19 pandemic, the hearing will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 2882

Dated: October 19, 2021
        New York, NY

                                        _Richard M. Berman_
                                        RICHARD M. BERMAN
                                        U.S.D.J.