UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

                                                  15 CR. 288 (RMB)
   -against-

                                                  **ORDER**

PETER BLAIR,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, November 8, 2021 at 10:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2882

Dated: November 4, 2021
       New York, NY

                                                    _____
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.