**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                           15 CR. 288 (RMB)

     -against-

                                                                                                         **ORDER**

PETER BLAIR,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, January 26, 2022 at 11:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2882

Dated: January 19, 2022
       New York, NY

                                                           _____
                                                                    RICHARD M. BERMAN
                                                                         U.S.D.J.