**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
      - against - : 15 CR. 288 (RMB)
:
PETER BLAIR, : **ORDER**
                      Defendant. :
------------------------------------------------------------x

      Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: March 14, 2022
New York, New York

                                              _____
                                              **RICHARD M. BERMAN, U.S.D.J.**