**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,     :      15 CR. 288 (RMB)
                                         :
      - against -                     :      **ORDER**
                                         :
PETER BLAIR,                             :
                                         :
                    Defendant.       :
-------------------------------------------------------------x

        The supervised release hearing scheduled for Wednesday, February 1, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: January 25, 2023
       New York, NY

                                        _____
                                           RICHARD M. BERMAN
                                                  U.S.D.J.