Andrew M. J. Bernstein, Esq.

**Partner**

Direct T 212.209.4452

abernstein@atllp.com

January 26, 2023

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **USA v. Peter Blair**
**15 Cr. 288 (RMB)**

Dear Judge Berman:

As the Court is aware, I am CJA-appointed counsel for the defendant Peter Blair in the above-referenced matter. The Court has scheduled an in-person supervised release hearing in the matter for Wednesday February 1, 2023 at 9:00AM. I will be out of the office on parental leave from February 1 to February 17, 2023 and will be unable to appear in-person during that time; therefore, I respectfully request that the hearing be adjourned.

I have conferred with the Government and the parties would prefer the matter be adjourned until after February 17, 2023. However, if the Court requires an in-person appearance prior to that date, I am available to appear in-person on:

- Friday January 27, 2023 at 9:00AM
- Monday January 30, 2023 any time; or
- Tuesday January 31, 2023 any time after 12:00PM

This is the first request for an adjournment. The Government consents to this request.

Thank you for your consideration of this matter.

Respectfully Submitted,

*[signature]*

Andrew M. J. Bernstein, Esq.
*Partner*
ARMSTRONG TEASDALE LLP
*Counsel for Peter Blair*

---

Adjournment is granted. The supervised release hearing will be held on March 15, 2023 at 9:00 am in Courtroom 17 B.

SO ORDERED:
Date: 01/26/23
*[signature]*
Richard M. Berman, U.S.D.J.

ARMSTRONG TEASDALE LLP | 7 TIMES SQUARE, 44TH FLOOR, NEW YORK, NY 10036  T  212.209.4400  F  314.621.5065  ArmstrongTeasdale.com