UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                     Government,           :       15 CR. 288 (RMB)
                                           :
          - against -                     :       **ORDER**
                                           :
PETER BLAIR,                               :
                     Defendant.            :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, April 18, 2023 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 231 199 017#

Dated: April 12, 2023
       New York, NY

                                                */s/ Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                  **U.S.D.J.**