UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 15 CR. 288 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| PETER BLAIR, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 29, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 727 944 895#

Dated: June 21, 2023
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**