**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,     :     15 CR. 288 (RMB)
                                          :
      - against -                      :     **ORDER**
                                          :
PETER BLAIR,                              :
                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 25, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 867 370 033#

Dated: October 18, 2023
       New York, NY

                                        */s/ Richard M. Berman*
                                  **RICHARD M. BERMAN**
                                          **U.S.D.J.**