UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                Government,      :      15 CR. 288 (RMB)
                                                  :
       - against -                             :      **ORDER**
                                                  :
PETER BLAIR,                                      :
                Defendant.       :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, November 7, 2023 at 2:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 187 299 249#

Dated: November 1, 2023
       New York, NY

                                                **RICHARD M. BERMAN**
                                                         U.S.D.J.