**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                  Government,        15 CR. 288 (RMB)

      - against -                  **ORDER**

PETER BLAIR,

                  Defendant.
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 14, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 302 184 833#

Dated: December 6, 2023
       New York, NY

                                                          _/s/ Richard M. Berman_
                                                         **RICHARD M. BERMAN**
                                                                    **U.S.D.J.**