UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                Government,    :     15 CR. 288 (RMB)
                                     :
       - against -                 :     **ORDER**
                                     :
PETER BLAIR,                         :
                Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 25, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 469 535 430#

Dated: January 17, 2024
       New York, NY

                                              */s/ Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                 **U.S.D.J.**