**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                                                 :
                          Government,          :          15 CR. 288 (RMB)
                                                                                 :
          - against -                         :          **ORDER**
                                                                                 :
PETER BLAIR,                                                    :
                          Defendant.              :
------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, March 21, 2024 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 511 660 890#

Dated: March 13, 2024
       New York, NY

                                                                   _/s/ Richard M. Berman_
                                                    **RICHARD M. BERMAN**
                                                              **U.S.D.J.**