UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>PETER BLAIR,<br><br>                                    Defendant. | 15-CR-288 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Thursday, August 15, 2024 at 12:00 PM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 538 668 05#

Video Link: hyperlinked here

Mr. Blair was sentenced on December 13, 2016 to 72 months of incarceration and 5 years of supervised release for conspiracy to distribute and possess with intent to distribute cocaine. Supervision commenced on May 26, 2021 and is scheduled to expire on May 25, 2026. Blair has been in compliance with all of his conditions of supervised release.

The Court received an application for early termination on May 8, 2024. At the last hearing, the Court stated that it is "thinking favorably about early termination" and the "goal will be to make a decision" at this upcoming hearing.

Date: August 7, 2024
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**